HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, Appellant, and Others, Defendants.   (Action No. 2.) — Motion granted so far as to permit plaintiff's attorney to file the second demand as part of the record of this appeal; and order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the service of the amended answer did not waive plaintiff's demand for change of venue. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

GERTRUDE DUHNIN, Respondent, v. FREDERICK HERBST, Individually and as Temporary Administrator, etc., of ELIZABETH KUHL, Deceased, Appellant.— Judgment reversed and new trial granted, but not to be had until the real parties in interest, to wit, the devisees and legatees or the heirs at law and next of kin of the decedent, as the case may be, are before the court so that they may be concluded by any judgment that may be pronounced, with costs payable out of the estate.   We are also of opinion that the evidence does not sustain the findings of fact, and, therefore, reverse the second, third, fourth and sixth findings, and also the sixth and twelfth findings made at the request of the defendant.   Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

SAMUEL A. DUNN, Appellant, v. JAMES J. BROWNE, Respondent.— Judgment unanimously affirmed, with costs, upon the authority of *Lincoln Trust Co.* v. *Williams Building Corp.* (229 N. Y. 313).   Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

SAMUEL I. EPSTEIN, Respondent, v. ROSE GLUCKIN, Appellant, and WILLIAM GLUCKIN, Defendant.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the assignee of the contract did not agree to be bound by or carry out the terms of the contract. Jenks, P. J., Blackmar and Jaycox, JJ., concur; Mills and Rich, JJ., dissent.

PASQUALINE FUSCHINI, an Infant, by ERIOLE FUSCHINI, Her Guardian ad Litem, Appellant, v. FRED ELVERS, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

GLADYS V. GORDON, Respondent, v. GEORGE E. GORDON, Appellant.— Order modified so as to reduce plaintiff's counsel fee to $750, and as so modified affirmed, without costs of this appeal.   No opinion.   Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

ELLEN M. HAYES, Respondent, v. JOHN A. SMITH, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to $5,000, in which event the judgment as so modified and the order are affirmed, without costs.   Jenks, P. J., Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., dissents upon the ground that the court erred in excluding evidence as to automobile tracks upon the highway at folios 1017 and 1291, and votes for reversal.

ESTHER M. HEDGES and ANNA E. HEDGES, as Administrators, etc., of J. WILKES HEDGES, Deceased, Appellants, v. WILLIAM B. CODLING, Respondent.— Judgment unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.